ROSE P. McAULIFFE *vs.* MORRIS P. FOX. May 11, 1964. This bill in equity to restrain foreclosure proceedings is before us for a second time. In 346 Mass. 772, we affirmed a final decree of the Superior Court which declared that the mortgages were in default and that the plaintiff owed the defendant $7,515 as of the date of the last payment. See *J. J. Struzziery Co. Inc.* v. *A. V. Taurasi Co. Inc.* 342 Mass. 113, 115. Thereafter the Superior Court entered a final decree after rescript which conformed precisely with the rescript. *Carilli* v. *Hersey,* 303 Mass. 82, 84–86. *Boston* v. *Santosuosso,* 308 Mass. 189, 193. G. L. (Ter. Ed.) c. 231, § 123. The plaintiff nevertheless appealed on the ground that the decree "is not in accordance with the rescript." The appeal is palpably frivolous and intended for delay. The appeal is dismissed with double costs.

No argument or brief for the plaintiff.

*E. M. Kanter* for the defendant.

ATTORNEY GENERAL *vs.* SCHOOL COMMITTEE OF NORTH BROOKFIELD. May 27, 1964. This is a petition for a writ of mandamus to enjoin the respondent school committee from ordering the continuation of Bible reading and prayer in the public schools of North Brookfield. A single justice entered findings, rulings, and an order. The respondent committee appeals from a judgment enjoining it in accordance with the prayers of the petition. The judgment is affirmed for the reasons given by the single justice in his findings and rulings.

*Arthur L. Beaudette,* Town Counsel (*George K. Gardner* with him); for the respondent.

*John E. Sullivan,* Assistant Attorney General, for the petitioner.

*Gerald A. Berlin, Sanford Kowal, Daniel D. Levenson, Max Volterra, & Albert P. Zabin,* for New England Region, American Jewish Congress, & another, amici curiae, submitted a brief.

*Howard S. Whiteside & Henry P. Monaghan,* for Civil Liberties Union of Massachusetts, amicus curiae, submitted a brief.